CHRISTY, INC., Appellant

v.

**BLACK & DECKER (U.S.), INC.,
Stanley Black & Decker,
Inc., Appellees**

2016–2499

United States Court of Appeals,
Federal Circuit.

September 7, 2017

Amelia A. Fogleman, GableGotwals, Tulsa, OK, for Appellant.

Jack S. Barufka, Esq., Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, for Appellees.

Before Dyk, Moore, and Taranto, Circuit Judges.

### ORDER

Per Curiam.

Upon consideration of the above-captioned appeal,

IT IS ORDERED THAT:

1) Appeal 2016–2499 is dismissed as moot.

2) No costs.

CHRISTY, INC., Appellant

v.

**BLACK & DECKER (U.S.), INC.,
Stanley Black & Decker,
Inc., Appellees**

2016-2498

United States Court of Appeals,
Federal Circuit.

September 7, 2017

SCOTT R. ROWLAND, GableGotwals, Tulsa, OK, argued for appellant. Also represented by AMELIA A. FOGLEMAN, FRANK J. CATALANO, ALICIA EDWARDS, PAUL ROSSLER.

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellees. Also represented by JACK S. BARUFKA, MICHAEL KARL HEINS.

(Dyk, Moore, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**